PEOPLE *v*. MORRIS. Appeal from Ingham, Jack W. Warren, J. Submitted Division 2 September 28, 1971, at Grand Rapids. (Docket No. 11338.) Decided October 29, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Raymond L. Scodeller*, Prosecuting Attorney, and *James R. Ramsey*, Assistant Prosecuting Attorney, for the people.

*Jerrold H. Keyworth*, for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

MEMORANDUM OPINION. Defendant-appellant was convicted by a jury of larceny in a building contrary to MCLA § 750.360 (Stat Ann 1954 Rev § 28.592). This appeal of right followed with the people moving to affirm.

Upon a reading of the briefs and record it is manifest that the questions presented are so unsubstantial as to warrant no argument or formal submission.

Motion to affirm granted.

PEOPLE *v*. FULLER. Appeal from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 October 12, 1971, at Grand Rapids. (Docket No. 11351.) Decided October 29, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Dorean M. Koenig*, for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant pled guilty to attempted breaking and entering an occupied dwelling with intent to commit larceny therein, and appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.